MITCHELL D. GLINER, Esq.
Nevada Bar No. 3419
3017 West Charleston Blvd., Suite 95
Las Vegas, Nevada 89102
(702) 870-8700
(702) 870-0034 FAX
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

VIRGINIA STULTZ,                )
                                )
            Plaintiff,           )   NO.
                                )
vs.                             )
                                )
DCS ENTERPRISES, INC., d/b/a    )
DIVERSIFIED SERVICES GROUP,     )
a foreign corporation,          )
                                )   JURY DEMANDED
            Defendant.          )
_____)

**COMPLAINT**

JURISDICTION

1.  The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d); 28 U.S.C. § 1331, 28 U.S.C. § 1332, the FCRA, 15 U.S.C. Section 1681(p) and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

PRELIMINARY STATEMENT

2.  This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), state law obligations brought as supplemental claims hereto and

Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 et seq. ("FCRA").

## PARTIES

3. Plaintiff, Virginia Stultz, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5). Plaintiff is a resident and citizen of the State of Nevada and of the United States. Plaintiff is also a "consumer" as defined by § 1681a(c) of the FCRA.

4. Defendant, DCS Enterprises, Inc., d/b/a Diversified Services Group, is a foreign corporation, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Highland Park, Illinois, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

5. Defendant, DSC Enterprises, Inc., d/b/a Diversified Services Group, is also a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

## FACTUAL ALLEGATIONS

6. Plaintiff repeats, realleges and asserts all factual allegations contained in the preliminary statement to this complaint and reassert them as incorporated in full herein.

2

7. Plaintiff paid the debt underlying this action on December 7, 2004.

8. Plaintiff has repeatedly advised Defendant of the account's fully paid status.

9. During September, 2006, Plaintiff disputed Defendant's account with the credit reporting agencies Experian and Trans Union.

10. The Experian dispute (Exhibit 1) was conveyed to Defendant.

11. Exhibit 1 contained the original creditor's confirmation of settlement.

12. On October 6, 2006, Defendant *verified* the ostensibly unpaid status of Plaintiff's account (Exhibit 2).

13. The presence of the subject tradeline on Plaintiff's credit profiles violates FDCPA §§ 1692e and 1692e(8) and has impaired Plaintiff's access to financing. Brady v. Credit Recovery Co., Inc., 160 F.3d 64 (1st Cir. 1998).

CAUSES OF ACTION

COUNT I

14. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d, 1692e and 1692f.

15. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

COUNT II

16. Defendant's acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

3

of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); *Pittman v. J. J. Mac Intyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

17. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

## COUNT III

18. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

## JURY DEMANDED

Plaintiff hereby demands trial by a six-person jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1. Award actual damages.
2. Award punitive damages.
3. Award statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k.
4. Award reasonable attorney fees and costs.
5. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, Nevada 89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

# experian

Prepared for
VIRGINIA STULTZ

Report number
0668866948

Report date
June 15, 2006

www.experian.com/disputes
Call 1 800 509 8495

Page 13 of 14

## Dispute form

*For the fastest and easiest way to dispute information, visit:*

# www.experian.com/disputes

Or, call us for assistance at:

# 1 800 509 8495

Use this form for any disputes you wish to submit by mail.
Complete all of the information on the form below and mail it to Experian, P.O. Box 9701, Allen TX 75013, within 90 days from the report date listed above. Once we receive your dispute, it may take up to 30 days (or up to 45 days for an investigation of information in an annual free credit report) to complete our investigation with the source of the disputed information. We will then notify you of the results. You may make copies of this form to submit additional disputes or write them on a separate piece of paper.

Remember, most accurate negative information will remain a part of your credit history for up to seven years, bankruptcies for up to 10 years and unpaid tax liens for up to 15 years. Positive information may remain indefinitely; however, Experian generally retains positive accounts for up to 10 years after the account is closed or paid. Experian is regulated by federal law and we cannot remove information that has been verified as accurate from your credit report.

**Your current identification information** (correct any incorrect information)

Fill in your Social Security number: __ __ __ - __ __ - __ __ __ __
(We cannot process your request without your Social Security number.)

Current Mailing Address: 7209 DINGO CT  LAS VEGAS NV 89119-4556
Year of birth: 1961

Is any of the information below **incorrect** on your report?

☐ Spouse's name    ☐ Telephone number - Which one is **incorrect**? ____-____-_____
☐ Employer - Which one is **incorrect**? _____
☐ Date of birth - Fill in your **correct** date of birth: ____/____/____
☐ Address - Which one is **incorrect**? _____
_____

To receive an e-mail notice that the results of your investigation are ready to view online, write your e-mail address below:
_____

## First dispute

Company name: ___LABETTE DISTRICT COURT_____

Your partial account number: ___ID# 99232   (99L232P)___

I believe this item is incorrect because (Choose only one):
☐ Payment never late  ☐ Account closed  ☐ Paid in full - On what date? ___/___/___
☐ Account included in bankruptcy - Chapter: ___ Filing date: ___/___/___
☐ Not my account - Who does it belong to? _____
☒ Other - Must explain: THIS JUDGEMENT IS LISTED FROM WRONG AMOUNT
SEE COURT PAPERS.  ALSO NOTE I HAVE TRIED TO MAKE RESTITUTI
AND THE OWNER WILL NOT ALLOW ME TO.  HE REFUSES TO CASH CHE
THEREFORE, I AM REQUESTING THIS BE REMOVED

## Second dispute

Company name: ___LABETTE DISTRICT COURT_____

Your partial account number: ___ID# 1204  (01L204PA) SCHWANS SALES___

I believe this item is incorrect because (Choose only one):
☐ Payment never late  ☐ Account closed  ☒ Paid in full - On what date? 02/23/05
☐ Account included in bankruptcy - Chapter: ___ Filing date: ___/___/___
☐ Not my account - Who does it belong to? _____
☐ Other - Must explain: THIS ACCOUNT WAS SETTLED AS PAYMENT IN FU
SEE ATTACHED LETTER

## Third dispute

Company name: ___LABETTE SMALL CLAIMS_____

Your partial account number: ___ID# 9974   (99SC74P)___

I believe this item is incorrect because (Choose only one):
☐ Payment never late  ☐ Account closed  ☒ Paid in full - On what date? 05/____/2000
☐ Account included in bankruptcy - Chapter: ___ Filing date: ___/___/___
☐ Not my account - Who does it belong to? _____
☐ Other - Must explain: WE SPOKE WITH BUD SIMMONS ON 12/07/04 &
HE STATED THIS ACCOUNT WAS SATISFIED 05/2000

EXHIBIT 1

0223865174   L-856-05686-0707100

EXPERIAN CONTINUED:   DISPUTES              VIRGINIA STULTZ     REPORT #0668866948

X FOURTH DISPUTE:

DIVERSIFIED SERVICES GROUP

PARTIAL ACCOUNT #C27336C38199

THIS ACCOUNT WAS SETTLED AS PAYMENT IN FULL 12/07/04.

FIFTH DISPUTE:

LVNV FUNDING

PARTIAL ACCOUNT # 7498199782

THIS ACCOUNT IS NOT MINE.  I HAVE REQUESTED PROOF THAT THIS DEBT IS MINE ON TWO (2) SEPERATE OCCASIONS AND THEY STILL HAVE NOT PROVIDED ANY SUCH EVIDENCE TO ME.  REMOVE FROM MY CREDIT REPORT, IT IS NOT MY ACCOUNT.

Case 2:07-cv-00054-RLH -PAL   Document 1   Filed 01/16/07   Page 7 of 10

CREDIT COUNSELLORS
MANAGEMENT SERVICES

4275 E. Sahara, Suite #3
Las Vegas, Nevada 89104
Telephone: (702) 641-0008
Fax: (702) 641-7667

December 7, 2004

Parsons Pet Hospital
Atten: Carol
5021 Main St.
Parsons, Ks. 67357

RE: Virginia Harris

ACCT #: 2820 (SS#          1919)

Dear Sirs:

Please be advised that we are attempting to make settlements on debts owed on the above clients accounts with his/hers creditors.

At this time our client is able to offer settlement on his/her account with your firm of $ 415.00 . If this amount is acceptable to you, please sign below and return this letter and we will forward the settlement amount immediately.

Thank you for your consideration.

Sincerely,

*Crystal Crowthers* (signature)

Our firm, __Parsons Pet Hospital__ (Company Name) does hereby agree to settle for the amount and consider the debt settled upon receipt of this amount. Upon receipt of this payment, all Credit Reporting Agencies will be notified of settlement in full.

_____ (EVA DUDECK)        __12-7-04__
Signature/Title                            Date

| | |
|---|---|
| RE: Stultz, Harry<br>*Virginia Harris*<br>Account Number:<br>#2820 (SS# -1919) | **MANAGEMENT SERVICES**  220298<br>4275 E. SAHARA AVENUE, SUITE 3<br>LAS VEGAS, NEVADA 89104<br>(702) 641-0008  220298<br>USbank<br>24-Hour Banking<br>1-800-673-3555 |

Four hundred Fifteen and 00 cents    94-169/1212

DATE 12/07/2004    $ 415.00

PAY TO THE ORDER OF:
Parsons Pet Hospital
5021 Main St.
Parson, KS 67357-

NOT VALID AFTER 60 DAYS
TRUST ACCOUNT

⑈220298⑈ ⑆121201694⑆ 1537900750600⑈    ⑈000041500⑈

---

(reverse side endorsements)

Labette bank 12-14-2004
10002502522

FOR DEPOSIT ONLY
PARSONS PET HOSPITAL

ENDORSEMENT OF THIS CHECK ACKNOWLEDGES
PAYMENT OR SETTLEMENT IN FULL

123000220 12162004 4959
S/T 096 ID 1B PKT 4
ACCT 2298653120039
573458018I

# experian

**Prepared for**
VIRGINIA STULTZ

**Report number**
3091139629

**Report date**
October 06, 2006

www.experian.com/disputes    Page 3 of 16

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report
**Remains** - This item has been verified as accurate
**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.
**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

| Public records | Outcome |
|---|---|
| LABETTE SMALL CLAIMS 9... | Reviewed |
| LABETTE DISTRICT COU I... | Remains |

| Credit items | Outcome |
|---|---|
| LVNV FUNDING 7498199782.... | Updated |
| DIVERSIFIED SVS GROUP C27336C3.... | Remains |

Visit experian.com/status to check the status of your pending disputes at any time

### If you have questions

For the fastest and easiest way to dispute visit:
experian.com/disputes
or call, 800 509 8495.

Dispute services are available 24 hours a day, seven days a week.

Contact us within 90 days from the date on this report and be sure to have your report number.

To order a copy of your Experian VantageScore℠, visit experian.com or call 1 888 322 5583.

Protect and manage your credit with Credit Manager, www.creditexpert.com

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.



EXHIBIT 2



0223865174    L-954-10073-0208000



Prepared for
VIRGINIA STULTZ

Report number
3091139629

Report date
October 06, 2006

www.experian.com/disputes
Call 800 509 8495

Page 6 of 16

## Credit items  *continued*

| --6-- | DIVERSIFIED SVS GROUP<br>5800 E THOMAS RD STE 107<br>SCOTTSDALE AZ 85251<br>*No phone number available*<br>**Partial account number**<br>C27336C38199<br><br>Original creditor: PARSON S PET HOSPITAL | *Date opened*<br>Feb 2002<br>*Reported since*<br>Jun 2003 | *Date of status*<br>Jun 2003<br>*Last reported*<br>Sep 2006 | *Type*<br>Collection<br>*Terms*<br>1 Months<br>*Monthly payment*<br>NA | *Responsibility*<br>Individual | *Credit limit or original amount*<br>$443<br>*High balance*<br>NA | *Recent balance*<br>$443 as of Sep 2006 | Status: Collection account. $443 past due as of Sep 2006.<br>Account history:<br>Collection as of Jul 2006 to Sep 2006, Mar 2006 to May 2006, Jan 2005 to Jan 2006, Nov 2004, Oct 2004, Jan 2004, Nov 2003, Jun 2003<br>This account is scheduled to continue on record until Feb 2008.<br>This item was verified on Sep 2006 and remained unchanged. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| --7-- | LANSING POSTAL COMM C U<br>PO BOX 22098<br>LANSING MI 48909<br>*No phone number available*<br>**Partial account number**<br>447131020001....<br><br>*See History of account balances for additional information.* | *Date opened*<br>Jan 1997<br>*Reported since*<br>Dec 1996 | *Date of status*<br>Apr 2001<br>*Last reported*<br>Sep 2006 | *Type*<br>Revolving<br>*Terms*<br>NA<br>*Monthly payment*<br>$57 | *Responsibility*<br>Joint | *Credit limit or original amount*<br>$2,500<br>*High balance*<br>$4,099 | *Recent balance*<br>$1,418 as of Sep 2006<br>*Recent Payment*<br>$152 | Status: Open/Current, was past due 60 days.<br>Account history:<br>60 days as of Mar 2001, Feb 2001<br>30 days as of Aug 2000 to Jan 2001, Mar 2000 to May 2000, Jan 2000<br>As of May 2007, this account is scheduled to go to a positive status. |

0223865174